**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **THE PARISH OF CAMERON,** | * | **CIVIL ACTION NO.: 2:26-cv-01337** |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | **JUDGE: TERRY A. DOUGHTY** |
| | * | |
| **ALPINE EXPLORATION COMPANIES, INC., ET AL.** | * | |
| | * | |
| | * | **MAGISTRATE JUDGE: KAYLA D. MCCLUSKY** |
| | * | |
| **Defendants** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Defendants, Exxon Mobil Corporation and Mobil Oil Exploration & Producing Southeast Inc. (collectively "ExxonMobil"), hereby give notice that they have reached a settlement in principle with Plaintiff, Cameron Parish, and Intervenors, the State of Louisiana and the State of Louisiana Department of Conservation and Energy. As soon as the required steps have been taken by the governmental entities to approve and confect the settlement, the parties will promptly secure a dismissal with prejudice of ExxonMobil.

Respectfully submitted,

*/s/ Jamie D. Rhymes*
Jamie D. Rhymes (No. 24621)
jdrhymes@liskow.com
Caleb J. Madere (No. 36560)
cjmadere@liskow.com
John M. Parker (No. 40004)
jparker@liskow.com
LISKOW & LEWIS
1200 Camellia Blvd. Suite 300
Lafayette, Louisiana 70508
(337) 232-7424

Kelly Brechtel Becker (No. 27375)
kbbecker@liskow.com
Laura Springer Brown (No. 34772)
lespringer@liskow.com
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
(504) 581-7979

Michael P. Cash (No. 31655)
mcash@liskow.com
LISKOW & LEWIS
First City Tower
1001 Fannin Street
Houston, Texas 77002-6756
(713) 651-2900

Hunter A. Chauvin (No. 33771)
hachauvin@liskow.com
LISKOW & LEWIS
450 Laurel Street, Suite 1601
Baton Rouge, Louisiana 70801
(225) 341-4660

Martin A. Stern (No. 17154)
martin.stern@arlaw.com
Jeffrey E. Richardson (No. 23273)
jeffrey.richardson@arlaw.com
Alexandra R. Lamb (No. 37847)
alexandra.roselli@arlaw.com
ADAMS & REESE, LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
(504) 581-3234

Joseph Kelvin West (No. 18041)
jkwest@duanemorris.com
DUANE MORRIS LLP
901 New York Ave. N.W., Suite 700
Washington, D.C. 20001-4795
(202) 776-7800

*Attorneys for Exxon Mobil Corporation & Mobil Oil Exploration & Producing Southeast Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2026 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered for electronic service.

*/s/ Jamie D. Rhymes*